ACCEPTED
01-15-00360-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 8:56:45 AM
CHRISTOPHER PRINE
CLERK

Case No. 01-15-00360-CV

COURT OF APPEALS
FIRST DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 8:56:45 AM
CHRISTOPHER A. PRINE
Clerk

LEECO STEEL, LLC,

*Appellant-Intervenor,*

v.

GLOBENET METALS, LLC,

*Appellee,*

and

AUBREY R. CONNER AND PIERCE METALS, LLC

*Appellee.*

On Appeal from the 353rd Judicial District Court
Travis County, Texas

APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellant Leeco Steel, LLC files its request for the Court to dismiss this appeal.

1

1. Appellant is a judgment creditor of Appellee Pierce Metals, LLC ("Pierce Metals") and intervened to challenge a turnover order entered in a separate proceeding initiated by Appellee GlobeNet Metals, LLC ("GlobeNet"). GlobeNet also purports to be a judgment creditor of Pierce Metals. Appellant did not receive notice of the separate proceeding until the turnover order had been entered and therefore proceeded to file this appeal.

2. Appellant and GlobeNet have agreed to a private resolution of the matters subject to Appellant's appeal. Appellant is therefore withdrawing its appeal.

3. Appellant asks the Court to dismiss this appeal without issuance of any ruling as to the merits of the appeal, pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

**BRET A. SANDERS**
State Bar No. 24033152
bsanders@feesmith.com
**JEFFREY D. BOYD**
State Bar No. 24069404
jboyd@feesmith.com
816 Congress Avenue, Suite 1265
Austin, Texas 78704
(512) 479-8400
(512) 479-8402 [Fax]

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties of record and the following in accordance with the Texas Rules of Appellate Procedure, as follows on the 5th day of June, 2015:

| *Via Facsimile & Certified Mail/RRR*<br>Matias Garcia<br>Barnett & Garcia, PLLC<br>3821 Juniper Trace, Suite 108<br>Austin, Texas 78738<br>(512) 266-8803 [Fax]<br>*Attorneys for Globenet Metals, LLC* | *Via Email and Certified Mail/RRR*<br>Aubrey R. Conner<br>Pierce Metals, LLC<br>24165 I-10 West, Ste. 217<br>San Antonio, Texas 78257<br>aubrey.conner1@att.net<br>*Defendant-Appellee* |
|---|---|
| *Via Certified Mail/RRR*<br>Pierce Metals, LLC<br>1114 Highway 87 South<br>San Angelo, Texas 76904<br>*Defendant-Appellee* | *Via Email*<br>JW Johnson<br>Johnson Law<br>San Angelo<br>jlo@johnsonlawoffices.org<br>*Attorney for Defendant-Appellee* |

BRET A. SANDERS
JEFFREY D. BOYD

4